**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AUDON GRAGEOLA-BERUMEN, a.k.a. Audon Berumen Grageola, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-70153 <br><br> Agency No. A041-320-065 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010**

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

   Audon Grageola-Berumen, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

---

   *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law and constitutional claims, *Khan v. Holder*, 584 F.3d 773, 776 (9th Cir. 2009), and we deny the petition for review.

Grageola-Berumen does not challenge the agency's determination that he is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) based on his 1996 conviction for continuous sexual abuse of a child under 14 years of age in violation of California Penal Code § 288.5.

The agency determined that Grageola-Berumen is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5). Grageola-Berumen's legal challenges to this determination are foreclosed by *Abebe v. Mukasey*, 554 F.3d 1203, 1208 n.7 (9th Cir. 2009) (en banc).

The agency did not err in concluding that Grageola-Berumen's sexual abuse of a minor aggravated felony conviction rendered him ineligible for relief pursuant to 8 U.S.C. § 1182(h). *See Alvarez-Barajas v. Gonzales*, 418 F.3d 1050, 1055 (9th Cir. 2005).

The government's March 12, 2008, motion to hold this case in abeyance is denied as moot.

**PETITION FOR REVIEW DENIED.**